# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

Case No.: CV03-7023-GAF                                                   Date: June 13, 2007

Title: EEOC -V- UNIVERSAL

Present: The Honorable   GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Ann Kielbasser/Lisa Gonzalez |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| R. Rose | S. Cochran |
| G. McClinto | J. Gray |
| J. Sweeney | T. Hofeldt |
| C. Liem | D. Burg |
| D. Li | |
| A. Powell | |

_____ Day Court Trial      2nd Day Jury Trial

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

  X   Witnesses called, sworn and testified.    X  Exhibits identified.    X  Exhibits admitted.

_____ Plaintiff(s) rest.                         _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.             _____ Jury retires to deliberate.            _____ Jury resumes deliberations.

_____ Jury Verdict in favor of      _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.                  _____ Polling waived.

_____ Filed Witness & Exhibit Lists  _____ Filed jury notes.     _____ Filed jury instructions.

_____ Judgment by Court for _____  _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by  _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.        Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

  X   Settlement reached and placed on the record as to Davis -v- Universal only. Court trial continues as to EEOC

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

  X   Case continued to   June 14, 2007, at 8:30 am                          for further trial.

  X   Other: Jury excused and matter continues as a court trial as to EEOC -v- Universal only – wit: Singleton, Davis, Fenady

                                                                                    8 : 00
                                                                    Initials of Deputy Clerk _____

cc: