# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 07-56820 | CV-03-07023-GAF |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |

| U.S. Equal Employment Opportunity Commission v. Universal Pictures, et al. | 12/5/2007 |
|---|---|
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| See | Attachment | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.  Plaintiff had ordered and paid for the designated transcripts.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | DATE TRANSCRIPT ORDERED: 1/04/08 |
|---|---|
| Anna Park/Gregory McClinton / Derek Li / Donna J. Brusoski<br>U.S. EEOC<br>255 East Temple Street, 4th Floor<br>Los Angeles, CA 90012<br>(213)894-1053; (213)894-1077 | *[signature]*<br>SIGNATURE<br>ATTORNEY/PRO PER LITIGANT |

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)   CA9-036(10/01/82)                                                                COPY ONE

Attachment to Transcript Designation and Ordering Form

U.S. Equal Employment Opportunity Commission v. Universal Pictures, et al.
Court of Appeals # 07-56820
District Court # CV-03-0723

**Section A** - To be Completed by Party Ordering Transcript

| Hearing Date: | Court Reporter: | Proceeding: |
| --- | --- | --- |
| June 12, 2007 | Lisa M. Gonzalez | Trial - Day 1<br>Preliminary Jury Instructions by Court<br>Parties' Opening Statements<br>Examination of Witnesses |
| June 13, 2007 | Anne Kielwasser | Trial - Day 2 (8:30 a.m. to 10:30 a.m.)<br>Examination of Witnesses |
| June 13, 2007 | Lisa M. Gonzalez | Trial - Day 2 (11:00 a.m. to 4:20 p.m.)<br>Examination of Witnesses |
| June 14, 2007 | Anne Kielwasser | Trial - Day 3 (8:30 a.m. to 12:30 p.m.)<br>Examination of Witnesses |
| June 14, 2007 | Lisa M. Gonzalez | Trial - Day 3 (Afternoon Session)<br>Examination of Witnesses |
| June 15, 2007 | Lisa M. Gonzalez | Trial - Day 4 (Day)<br>Examination of Witnesses |
| June 19, 2007 | Anne Kielwasser | Trial - Day 5<br>Examination of Witnesses |
| June 20, 2007 | Lisa M. Gonzalez | Bench Trial - Day 6<br>Parties' Closing Arguments |
| May 16, 2007 | Lisa M. Gonzalez | Pretrial Conference |
| June 5, 2007 | P. Seijas | Status Conference |

## PROOF OF SERVICE VIA ELECTRONIC FILING SYSTEM

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **TRANSCRIPT DESIGNATION AND ORDERING FORM** via the Case Management/Electronic Case Filing (CM/ECF) system at Los Angeles, County of Los Angeles, California to:

Steve Cochran
Jeremy Gray
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2008, at Los Angeles, California.

/s/ Lina G. Williams
LINA G. WILLIAMS